No. 76–6334. MIDDLETON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 76–6627. MAGDA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 76–6717. FUNCHESS v. FLORIDA. Sup. Ct. Fla.;

No. 76–6756. CHENAULT v. STYNCHCOMBE, SHERIFF. C. A. 5th Cir.;

No. 76–6823. NEAL v. ARKANSAS. Sup. Ct. Ark.;

No. 76–6933. SIMANTS v. NEBRASKA. Sup. Ct. Neb.;

No. 77–5021. COLLINS v. ARKANSAS. Sup. Ct. Ark.;

No. 77–5083. ADAMS v. FLORIDA. Sup. Ct. Fla.;

No. 77–5099. SMITH, AKA MACHETTI v. GEORGIA. Sup. Ct. Ga.;

No. 77–5155. MOORE v. GEORGIA. Sup. Ct. Ga.; and

No. 77–5288. SULLIVAN ET AL. v. ASKEW, GOVERNOR OF FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied. Reported below: No. 76–6717, 341 So. 2d 762; No. 76–6756, 546 F. 2d 1191; No. 76–6823, 261 Ark. 336, 548 S. W. 2d 135; No. 76–6933, 197 Neb. 549, 250 N. W. 2d 881; No. 77–5021, 261 Ark. 195, 548 S. W. 2d 106; No. 77–5083, 341 So. 2d 765; No. 77–5099, 238 Ga. 655, 235 S. E. 2d 375; No. 77–5155, 239 Ga. 67, 235 S. E. 2d 519; No. 77–5288, 348 So. 2d 312.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.